**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| YORYET MARIA LOZANO MOSQUERA,<br>Petitioner,<br>v.<br>WARDEN, ADELANTO, et al.,<br>Respondents. | No. 5:26-cv-03925-SSS-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed.

The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted;
2. Petitioner's claim is granted as to Claim One;
3. Petitioner's Claims Two through Eight are denied as moot in light of the relief granted as to Claim One;
4. The relief provided in the Temporary Restraining Order is made permanent: namely, Respondents are enjoined and restrained from again detaining Petitioner without notice and a pre-detention

hearing where the government bears the burden of proving, by clear and convincing evidence, that the circumstances have changed as to his danger to the community or a flight risk, and that no conditions other than his detention would be sufficient to prevent those harms. Respondents shall not impose any release restrictions on Petitioner, such as electronic monitoring, unless deemed necessary at a future pre-deprivation bond hearing; and

5. This Order and the accompanying judgment shall be served upon all parties.

DATED: September 25, 2026



HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE