JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| YORYET MARIA LOZANO MOSQUERA,<br>Petitioner,<br>v.<br>WARDEN, ADELANTO, et al,<br>Respondents. | No. 5:26-cv-03925-SSS-BFM<br>**JUDGMENT** |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted. The Clerk of Court is directed to close this case.

DATED: September 25, 2026

HON. SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE